Rachel E. Kaufman (CA Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and all others similarly situated*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**MICHAEL KAPINOS,**

     *Plaintiff,*

v.

**CALL TOOLS, INC.,** a Nevada corporation,

     *Subpoena Recipient.*

Case No.

**MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND TO HOLD NON-PARTY IN CONTEMPT**

     Pursuant to Rule 45(d) and (g), Fed. R. Civ. P., Plaintiff Michael Kapinos requests that this court enter an order compelling Call Tools, Inc. to produce documents in response to a non-party subpoena issued in connection with *Michael Kapinos v. On Point All Services, LLC*, Case No. 6:21-cv-664-WWB-LRH,

pending in the United States District Court for the Middle District of Florida.  Call Tools has not responded or otherwise acknowledged the subpoena that was served on it on October 21, 2021.

*Kapinos v. On Point All Services* is a putative class action alleging violations of the Telephone Consumer Protection Act based on unsolicited telemarketing calls made by or on behalf of On Point All Services.  On Point All Services used Call Tools' services, including its dialer system to make the telemarketing calls.

Call Tools is headquartered in and conducts its business within this district.

Pursuant to Fed. R. Civ. P. 45, on October 19, 2021, Plaintiff served a notice of subpoena to Call Tools on On Point All Services.  Plaintiff's counsel thereafter had the subpoena served on Call Tools' registered agent on October 21, 2021.  The subpoena and affidavit of service are attached hereto as composite Exhibit 1.

Plaintiff's subpoena seeks the production of documents relevant to the *Kapinos v. On Point All Services* action, including: (1) records of calls made by or on behalf of On Point All Services using Call Tools' dialer; (2) all invoices to On Point All Services for Call Tools' services; (3) documents relating to any account associated with On Point All Services; and (4) communications with On Point All Services.

The requests are clearly relevant to the pending class action and the Call Tools' response to the subpoena is required by law.  In response to a subpoena,

Motion to Compel Subpoena Response, Case No.

recipients may comply, submit an objection, or move to quash or modify

the subpoena. Fed. R. Civ. P. 45(d).  "A nonparty's failure to timely make

objections to a Rule 45 subpoena duces tecum generally requires the court to find

that any objection, including attorney-client privilege, has been waived." *McCoy*

*v. Southwest Airlines*, 211 F.R.D. 381, 385 (C.D. Cal. 2002) (granting motion to

compel and ordering non-party subpoena recipient to produce documents within 7

days).  To date, Call Tools has not responded or otherwise acknowledged the

deposition subpoena.

      Prior to filing this subpoena enforcement action, Plaintiff's counsel reached

out via the chat function on Call Tools' website, despite being transferred to

another agent, counsel received no response.  A copy of the chat transcript is

attached as Exhibit 2.  Call Tools is not represented by counsel, to Plaintiff's

counsel's knowledge. As Call Tools has been non-responsive, Plaintiff's counsel

have been unable to meaningfully meet and confer regarding either subpoena.  A

copy of the filed version of this motion will be sent by mail to Call Tools.

      WHEREFORE, Plaintiff requests that the court grant its motion to compel

and order Call Tools to produce responsive documents and information in

compliance with the third party subpoena, and provide such other relief as is

reasonable and just. A proposed order is attached hereto as Exhibit 3 for the

Court's convenience.

---

Motion to Compel Subpoena Response, Case No.

Respectfully submitted,

Dated: December 6, 2021

By: *s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2021, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, and it is being

served this day on all counsel of record via transmission of Notice of Electronic

Filing generated by CM/ECF and via U.S. Postal Service to Call Tools' California

registered agent at the following address:

CALL TOOLS, INC.
c/o JOSEPH ALCARAZ
16842 VON KARMAN AVE SUITE 475
IRVINE, CA 92606

*/s/ Rachel E. Kaufman*

Motion to Compel Subpoena Response, Case No.