**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, January 9, 2022. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4011973    CALL TOOLS, INC.

| | |
|---|---|
| **Registration Date:** | 04/03/2017 |
| **Jurisdiction:** | NEVADA |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOSEPH ALCARAZ |
| | 16842 VON KARMAN AVE SUITE 475 |
| | IRVINE CA 92606 |
| **Entity Address:** | 16842 VON KARMAN AVE SUITE 475 |
| | IRVINE CA 92606 |
| **Entity Mailing Address:** | 16842 VON KARMAN AVE SUITE 475 |
| | IRVINE CA 92606 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of April.

| Document Type ↕ | File Date ↓ | PDF |
|---|---|---|
| SI-COMPLETE | 03/01/2021 | |
| SI-COMPLETE | 04/09/2019 | |
| REGISTRATION | 04/03/2017 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**