## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:21-mc-00032-JVS-JDE | Date | May 25, 2022 |
|---|---|---|---|
| Title | Michael Kapinos v. Call Tools, Inc. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**          (In Chambers) Order re Motion to Compel (Dkt. 5)

On May 25, 2022, Michael Kapinos ("Movant"), filed a Notice of Resolution (Dkt. 8) stating that an agreement had been reached regarding Movant's pending Motion to Compel (Dkt. 5, "Motion"), subject to compliance with an agreement by the responding party.

Based on the Notice of Resolution, the Motion (Dkt. 5) is DENIED as moot, but the denial is without prejudice to Movant's ability to renew the Motion if the responding party does not comply with its agreement.

IT IS SO ORDERED.